IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIME LARA,

       Plaintiffs,                          CIV. NO. S-09-1670 FCD GGH

   vs.

CITY OF SACRAMENTO, et al.,

       Defendants.                  ORDER

_____/

        Plaintiff has filed an ex parte motion for order shortening time in which to hear plaintiff's motion to compel deposition testimony of defendant Piano. After hearing argument from both parties by informal telephone conference on September 1, 2010, IT IS ORDERED that:

        1. Plaintiff's motion to shorten time, filed September 2, 2010, (dkt. # 26), is granted.

        2. The hearing on the motion to compel, (dkt. # 25), is scheduled for September 9, 2010 at 10:00 a.m. in courtroom #9.

        3. Plaintiff shall file a transcript of the deposition by September 7, 2010.

        4. Defendant Piano shall file an opposition to the motion to compel by September 7, 2010. Defendant Piano shall submit any documents for *in camera* review which would show that the reasons for Piano's resignation had no relation to the issues in this case, or Piano's credibility as a witness. See United States v. O'Neill, 619 F.2d 222, 227 (3rd Cir. 1980) (finding

1

1  that party asserting privilege has the burden to establish that it applies).

2  DATED: September 3, 2010           /s/ Gregory G. Hollows

3                                     _____
                                      GREGORY G. HOLLOWS
                                      U.S. Magistrate Judge

4  GGH:076/Lara1670.ost.wpd