**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
GUY DANILOWITZ, State Bar #257733
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for Plaintiff
JAIME LARA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME LARA, | NO: 2:09-CV-01670-FCD-GGH |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS DANIEL MONK AND RICHARD BRAZIEL PURSUANT TO FRCP RULE 41** |
| vs. | |
| CITY OF SACRAMENTO; City of Sacramento Police Officer TRISTAN PIANO (Badge # 885); City of Sacramento Police Sergeant DANIEL MONK (Badge # 3033); and City of Sacramento Chief of Police RICHARD BRAZIEL (Badge # 5030), | |
| Defendants. | |
| _____/ | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff JAIME LARA and Defendants DANIEL MONK and RICHARD BRAZIEL, by and through their undersigned counsel, that any and all claims against Defendants DANIEL MONK and RICHARD BRAZIEL be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Each party is to bear his, hers or its own costs and attorneys' fees, including any entitlement to fees or costs pursuant to 42 U.S.C. Section 1988.

///

///

| | | |
|---|---|---|
| 1 | Dated:  January 22, 2011 | LAW OFFICE OF STEWART KATZ |
| 2 | | /s/ Stewart Katz |
| 3 | | Stewart Katz<br>Attorney for Plaintiff, |
| 4 | | JAIME LARA |

Dated: January 24, 2011    EILEEN M. TEICHERT,
                           City Attorney

                     By:   /s/ Sheri M. Chapman
                           Sheri M. Chapman
                           Sr. Deputy Attorney

                           Attorney for Defendants,
                           DANIEL MONK and RICHARD BRAZIEL

**ORDER DISMISSING ACTION**

**IT IS SO ORDERED.** This action against Defendants DANIEL MONK and RICHARD BRAZIEL is dismissed with prejudice. All parties to bear his, her or its own costs and attorneys' fees.

Dated: January 24, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order for Dismissal                                                    2