**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
GUY DANILOWITZ, State Bar #257733
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for Plaintiff
JAIME LARA

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME LARA,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; City of Sacramento Police Officer TRISTAN PIANO (Badge # 885); City of Sacramento Police Sergeant DANIEL MONK (Badge # 3033); and City of Sacramento Chief of Police RICHARD BRAZIEL (Badge # 5030),<br><br>     Defendants.<br>_____/ | NO:  2:09-CV-01670-FCD-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS CITY OF SACRAMENTO AND TRISTAN PIANO PURSUANT TO FRCP RULE 41** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff JAIME LARA and Defendants CITY OF SACRAMENTO and TRISTAN PIANO, by and through their undersigned counsel, that any and all claims against Defendants CITY OF SACRAMENTO and TRISTAN PIANO be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Each party is to bear his, hers or its own costs and attorneys' fees, including any entitlement to fees or costs pursuant to 42 U.S.C. Section 1988.

///

STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO
FRCP RULE 41                                                                                                           1

Dated: January 23, 2011        LAW OFFICE OF STEWART KATZ

/s/ Stewart Katz
Stewart Katz
Attorney for Plaintiff,
JAIME LARA

Dated: January 24, 2011        EILEEN M. TEICHERT,
City Attorney

By:   /s/ Sheri M.Chapman
Sheri M. Chapman
Sr. Deputy Attorney

Attorney for Defendants,
CITY OF SACRAMENTO and TRISTAN PIANO

**ORDER DISMISSING ACTION**

**IT IS SO ORDERED.**  This entire action is dismissed with prejudice. All parties to bear his, her or its own costs and attorneys' fees.

Dated: January 24, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE